IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY R. MILES, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-65E |
| | ) |
| vs. | ) Honorable Maurice B. Cohill, Jr. |
| | ) |
| BIG LOTS, INC., BIG LOTS STORES, INC., CONSOLIDATED STORES INTERNATIONAL CORPORATION, d/b/a BIG LOTS, JOUBERT, S.A. and TOOL AND SUPPLY OF NEW ENGLAND | ) **ELECTRONICALLY FILED** |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

TO:  CLERK, U.S. DISTRICT COURT

Kindly enter the appearance of the undersigned on behalf of Defendants, BIG LOTS, INC., BIG LOTS STORES, INC., CONSOLIDATED STORES INTERNATIONAL CORPORATION, d/b/a BIG LOTS, JOUBERT, S.A. and TOOL AND SUPPLY OF NEW ENGLAND, in regard to the above-captioned matter.

JURY TRIAL DEMANDED.

/s/Judith A. Moses_____
Judith A. Moses, Esquire
PA 49656
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA  15228
Telephone:  (412) 563-2500
Fax:  (412) 563-2080
E-mail:  jmoses@c-wlaw.com

Counsel for Big Lots, Inc., Big Lots Stores, Inc., Consolidated Stores International Corporation, d/b/a Big Lots, Joubert, S.A. and Tool And Supply Of New England, Defendants

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF APPEARANCE has been served on all counsel of record, by first class mail, postage pre-paid, according to the Pennsylvania Rules of Civil Procedure, on the 14th day of November, 2005.

                              Tibor Solymosi, Esquire
                              Segel & Solymosi
                              818 State Street
                              Erie, PA  16501

                /s/Judith A. Moses_____
                Judith A. Moses, Esquire
                PA 49656
                Cipriani & Werner, P.C.
                650 Washington Road, Suite 700
                Pittsburgh, PA  15228
                Telephone:  (412) 563-2500
                Fax:  (412) 563-2080
                E-mail:  jmoses@c-wlaw.com

                Counsel for Big Lots, Inc., Big Lots Stores, Inc.,
                Consolidated Stores International Corporation, d/b/a
                Big Lots, Joubert, S.A. and Tool And Supply Of
                New England, Defendants