IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY R. MILES, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-65E |
| | ) |
| vs. | ) Honorable Maurice B. Cohill, Jr. |
| | ) |
| BIG LOTS, INC., BIG LOTS STORES, INC., CONSOLIDATED STORES INTERNATIONAL CORPORATION, d/b/a BIG LOTS, JOUBERT, S.A. and TOOL AND SUPPLY OF NEW ENGLAND | ) **ELECTRONICALLY FILED** |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S CONSENT TO AMEND PLEADINGS

AND NOW, come the Defendants, by and through their attorneys, Cipriani & Werner, P.C. and Judith A. Moses, Esquire, and the Plaintiff, by and through his attorney, Tibor R. Solymosi, Esquire, and file this Plaintiff's Consent To Amend Pleadings wherein the following representation and averment is made:

Please let this serve as notification that the Plaintiff consents that the Defendants may file an Amended Answer since page 2 of the Answer already filed was erroneously missing and not filed with the original Answer.

**Consented To By Plaintiff's
Counsel On 11/10/05**

| | |
|---|---|
| /s/Tibor R. Solymosi | /s/Judith A. Moses |
| Tibor R. Solymosi, Esquire | Judith A. Moses, Esquire |
| PA73809 | PA49656 |
| Segel & Solymosi | Cipriani & Werner, P.C. |
| 818 State Street | 650 Washington Road, Suite 700 |
| Erie, PA 16501 | Pittsburgh, PA 15228 |
| Telephone: (814) 454-1500 | Telephone: (412) 563-2500 |
| Fax: (814) 454-1502 | Fax: (412) 563-2080 |
| E-mail: trsinjurylaw@stargate.net | E-mail: jmoses@c-wlaw.com |
| Counsel for Plaintiff | Counsel for Defendants |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Consent To Amend Pleadings has been served on all counsel of record, by first class mail, postage pre-paid, according to the Pennsylvania Rules of Civil Procedure, on the 16th day of November, 2005.

        Tibor Solymosi, Esquire
        Segel & Solymosi
        818 State Street
        Erie, PA  16501


     /s/Judith A. Moses_____
     Judith A. Moses, Esquire
     PA 49656
     Cipriani & Werner, P.C.
     650 Washington Road, Suite 700
     Pittsburgh, PA  15228
     Telephone:  (412) 563-2500
     Fax:  (412) 563-2080
     E-mail:  jmoses@c-wlaw.com

     Counsel for Big Lots, Inc., Big Lots Stores, Inc., Consolidated Stores International Corporation, d/b/a Big Lots, Joubert, S.A. and Tool And Supply Of New England, Defendants