IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY R. MILES, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-65E |
| | ) |
| vs. | ) Honorable Maurice B. Cohill, Jr. |
| | ) |
| BIG LOTS, INC., BIG LOTS STORES, INC., CONSOLIDATED STORES INTERNATIONAL CORPORATION, d/b/a BIG LOTS, JOUBERT, S.A. and TOOL AND SUPPLY OF NEW ENGLAND | ) **ELECTRONICALLY FILED** |
| | ) |
| Defendants. | ) |

## AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this 17th day of November, 2005, upon consideration of the Joint Motion For Amendment Of Case Management Order and for the reasons set forth therein,

IT IS ORDERED that the original Case Management Order dated June 20, 2005, is hereby reaffirmed subject to the following amendments:

1. The parties shall complete discovery (other than expert witnesses) on or before **April 3, 2006** (April 1, 2006 is a Saturday).

2. Plaintiff shall serve his expert disclosures on or before **May 16, 2006**, and Defendants shall serve their expert disclosures on or before **June 16, 2006**.

3. The parties shall complete expert depositions on or before **July 6, 2006**.

4. The parties shall file dispositive motions, if any, on or before **August 17, 2006**, responses in opposition to said motions on or before **September 18, 2006** (September 16, 2006

is a Saturday), replies in support of said motions on or before **15 days later**, and a Joint Concise Statement of Material Facts on or before **October 5, 2006**, in accordance with LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

5. If no dispositive motions are filed, Plaintiff's pretrial narrative statement shall be filed on or before **September 18, 2006** (September 16, 2006 is a Saturday), and Defendants' pretrial narrative statement shall be filed **on or before 21 days** of filing of Plaintiff's pretrial narrative statement.

6. If the case is not to be decided on dispositive motions, the case shall be called for trial in late Winter 2006/2007.

7. All other provisions of the original Case Management Order dated June 20, 2005, remain unchanged and continue in full force and effect.

Maurice B. Cohill, Jr.
Senior United States District Judge