IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

| | | |
|---|---|---|
| GARY R. MILES,<br>   Plaintiff | ) <br> ) <br> ) | CASE NO: 05-65E |
|     v. | ) <br> ) <br> ) | |
| BIG LOTS, INC., BIG LOTS STORES,<br>INC., CONSOLIDATED STORES<br>INTERNATIONAL CORPORATION,<br>d/b/a BIG LOTS, JOUBERT, S.A. and<br>TOOL AND SUPPLY OF NEW<br>ENGLAND, INC.<br>   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

### **DEFENDANT'S CONSENT TO AMEND PLEADINGS**

AND NOW, comes the Plaintiff, Gary R. Miles, by and through his attorneys, Segel & Solymosi, and Defendants' by and through their attorneys, Cipriani and Werner, P.C. and file this Defendant's Consent to Amend Pleadings wherein the following representation and averments are made:

Please let this serve as notification that Defendants consent that Plaintiff may file an Amended Complaint.

  1. Amending the caption so as it now reads:

    Gary R. Miles, Plaintiff

      vs.

    Big Lots, Inc., Big Lots Stores, Inc., Consolidated Stores International Corporation d/b/a Big Lots, Joubert, SAS (M), (SDN, BHD) and Tool and Supply of New England, Defendants.

2. Paragraph 5 of the Complaint is amended to read:

The Defendant, Joubert, SAS (M) (SDN, BHD) is believed to be a corporation organized and existing under the laws of the Nation of Malaysia and having its principal place of business, Lot 4, Kawasan Reindustrial Alor Goyah, 78000 Melakea, Malaysia.

3. All references in the Complaint to Joubert, S.A. shall be amended to Joubert, SAS (M) (SDN, BHD).

Respectfully submitted,

SEGEL & SOLYMOSI

CIPRIANI & WERNER, P.C.

By: _____
Tibor R. Solymosi, Esquire
Attorney for Plaintiff
818 State Street
Erie, PA 16501
Phone: (814) 454-1500

By: _____
Judith A. Moses, Esquire
Attorney for Defendants
650 Washington Road, Suite 700
Pittsburgh, PA 15228
Phone: (412) 563-2500