IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY R. MILES, ) | |
| ) | |
|    Plaintiff, ) | CIVIL ACTION NO. 05-65E |
| ) | |
| vs. ) | Honorable Maurice B. Cohill, Jr. |
| ) | |
| BIG LOTS, INC., BIG LOTS STORES, ) | |
| INC., CONSOLIDATED STORES ) | **ELECTRONICALLY FILED** |
| INTERNATIONAL CORPORATION, d/b/a ) | |
| BIG LOTS, JOUBERT, SAS (M) ) | |
| (SDN, BHD) and TOOL AND SUPPLY OF ) | |
| NEW ENGLAND ) | |
| ) | |
|    Defendants. ) | |

## **AMENDED CASE MANAGEMENT ORDER**

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the Joint Motion For Amendment of Case Management Order and for the reasons set forth herein,

IT IS ORDERED that the Amended Case Management Order dated April 10, 2006, is hereby reaffirmed subject to the following amendments:

    1.    The parties shall complete discovery (other than expert witnesses) on or before **November 29, 2006**.

    2.    Plaintiff shall serve his expert disclosures on or before **January 9, 2007**, and Defendants shall serve their expert disclosures on or before **February 9, 2007**.

    3.    The parties shall complete expert depositions on or before **March 5, 2007**.

    4.    The parties shall file dispositive motions, if any, on or before **April 16, 2007**, responses in opposition to said motions on or before **May 16, 2007**, replies in support of said

motions on or before **15 days later**, and a Joint Concise Statement of Material Facts on or before **June 4, 2007**, in accordance with LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

5. If no dispositive motions are filed, Plaintiff's pretrial narrative statement shall be filed on or before **May 16, 2007**, and Defendants' pretrial narrative statement shall be filed **on or before 21 days** of filing of Plaintiff's pretrial narrative statement.

6. If the case is not to be decided on dispositive motions, the case shall be called for trial in the Fall of 2007.

7. All other provisions of the original Case Management Order dated June 20, 2005, remain unchanged and continue in full force and effect.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge