IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY R. MILES, | ) |
| | ) |
|    Plaintiff, | ) CIVIL ACTION NO. 05-65E |
| | ) |
| vs. | ) Honorable Maurice B. Cohill, Jr. |
| | ) |
| BIG LOTS, INC., BIG LOTS STORES, INC., CONSOLIDATED STORES INTERNATIONAL CORPORATION, d/b/a BIG LOTS, JOUBERT, SAS (M) (SDN, BHD) and TOOL AND SUPPLY OF NEW ENGLAND | ) **ELECTRONICALLY FILED** |
| | ) |
|    Defendants. | ) |

## STIPULATION FOR DISMISSAL

We, the attorneys for the respective parties, do hereby stipulate that this case is dismissed with prejudice.

/s/ Tibor R. Solymosi_____  
Tibor R. Solymosi, Esquire  
PA73809  
Segel & Solymosi  
818 State Street  
Erie, PA 16501  
Telephone: (814) 454-1500  
Fax: (814) 454-1502  
E-mail: ts@ssinjurylaw.com  
Counsel for Plaintiff

/s/ Judith A. Moses_____  
Judith A. Moses, Esquire  
PA49656  
Cipriani & Werner, P.C.  
650 Washington Road, Suite 700  
Pittsburgh, PA 15228  
Telephone: (412) 563-2500  
Fax: (412) 563-2080  
E-mail: jmoses@c-wlaw.com  
Counsel for Defendants

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2007, IT IS SO ORDERED.

_____  
The Honorable Maurice B. Cohill, Jr.  
United States District Judge