IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY R. MILES, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-65E |
| | ) |
| vs. | ) Honorable Maurice B. Cohill, Jr. |
| | ) |
| BIG LOTS, INC., BIG LOTS STORES, | ) |
| INC., CONSOLIDATED STORES | ) **ELECTRONICALLY FILED** |
| INTERNATIONAL CORPORATION, d/b/a | ) |
| BIG LOTS, JOUBERT, SAS (M) | ) |
| (SDN, BHD) and TOOL AND SUPPLY OF | ) |
| NEW ENGLAND | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

We, the attorneys for the respective parties, do hereby stipulate that this case is dismissed with prejudice.

/s/ Tibor R. Solymosi
Tibor R. Solymosi, Esquire
PA73809
Segel & Solymosi
818 State Street
Erie, PA 16501
Telephone: (814) 454-1500
Fax: (814) 454-1502
E-mail: ts@ssinjurylaw.com
Counsel for Plaintiff

/s/ Judith A. Moses
Judith A. Moses, Esquire
PA49656
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
Telephone: (412) 563-2500
Fax: (412) 563-2080
E-mail: jmoses@c-wlaw.com
Counsel for Defendants

## ORDER OF COURT

AND NOW, to wit, this  7th  day of  March , 2007, IT IS SO ORDERED.

*[signature]*
The Honorable Maurice B. Cohill, Jr.
United States District Judge